## IN THE UNITED STATED DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

1858-110412

| | |
|---|---|
| CAROL KELSEY | CIVIL ACTION |
| vs. | NO. 3:21-CV-01624-KM |
| GEMMA DAVIS, ANTHONY M. COHEN, ALTO'S EXPRESS, INC., ANGELO KEYES, AND METALLIX REFINING, INC. | |

### DISCLOSURE STATEMENT FORM

Please check one box:

X        The nongovernmental corporate party, __Metallix Refining, Inc._____
         in the above listed civil action does not have any parent corporation and publicly
         held corporation that owns 10% or more of its stock.

☐        The nongovernmental corporate party,_____. in the above listed civil
         action has the following parent corporation(s) and publicly held corporation(s)
         that owns
         10% or more of its stock:

         _____


   September 22, 2021                       /s/*Benjamin J. Tursi*
        Date                                     Signature

         Counsel for:    Defendants, Angelo Keyes and Metallix Refining, Inc.

{PH743939.1}